UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:02-cr-107 **-003** |
| | ) | *Edgar* |
| DANIEL CABERO | ) | |

## **O R D E R**

In accordance with the accompanying memorandum opinion, the motion by defendant Daniel Cabero captioned "MOTION TO AMEND OR REDUCE SENTENCE" [Court Doc. No. 151] is **DENIED**.

SO ORDERED.

ENTER this *21st day of June, 2005*.

　　　　　　　　　　　　　　　　　　*/s/ R. Allan Edgar*
　　　　　　　　　　　　　　　　　　R. ALLAN EDGAR
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE